## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LARISSIE JO TOW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-449-R |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Before the Court are the Findings and Recommendation entered by United States Magistrate Judge Bana Roberts entered October 21, 2011. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 16] is ADOPTED and the decision of the Commissioner of the Social Security Administration is AFFIRMED.

IT IS SO ORDERED this 14th day of November, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE